UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 12CR2641-JLS |
| | ) | |
| Plaintiff, | ) | JUDGMENT AND ORDER OF |
| | ) | DISMISSAL |
| v. | ) | |
| | ) | |
| RICARDO PEREZ-GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Upon unopposed motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the indictment in Case No. 12CR2641-JLS against defendant RICARDO PEREZ-GONZALEZ be dismissed without prejudice.

IT IS SO ORDERED.

DATED: February 14, 2013

Honorable Janis L. Sammartino
United States District Judge